UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIMON PHILLIPS, #761660,

    Plaintiff,

v.

    CASE NO. 10-CV-11195

    HON. GEORGE CARAM STEEH

VETERANS ADMINISTRATION
HOSPITAL,

    Defendant.

_____/

ORDER DENYING MOTION TO WAIVE FEES AND COSTS (#24)
AND MOTION TO APPOINT COUNSEL (#25) AS MOOT

On July 11, 2011, on the same day he filed objections to the magistrate judge's report and recommendation to dismiss his complaint, plaintiff filed motions to waive fees and costs and to appoint counsel. As the court is adopting the magistrate judge's report and recommendation and dismissing plaintiff's complaint, the court DENIES plaintiff's motions to waive fees and costs and to appoint counsel as moot.

    SO ORDERED.

                                  S/George Caram Steeh
                                  GEORGE CARAM STEEH
                                  UNITED STATES DISTRICT JUDGE

Dated: August 2, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on August 2, 2011, by electronic and/or ordinary mail and also to Simon Phillips, III, #761660 at St. Louis Correctional Facility, 8585 N. Croswell Road, St. Louis, MI 48880.

                                  S/Josephine Chaffee
                                  Secretary/Deputy Clerk